No. ——. Original. *Ex parte:* IN THE MATTER OF DANIEL E. STRUB, PETITIONER. Submitted April 27, 1914. Decided May 4, 1914. Motion for leave to file petition for writ of mandamus denied. *Mr. Joe Kirby* for the petitioner.

No. 273. WALTER A. LEDBETTER, RECEIVER, ETC., PLAINTIFF IN ERROR, *v.* KAUFMAN MANDELL. In error to the Supreme Court of the State of New York. Argued March 11, 12, 1914. Decided May 4, 1914. Judgment affirmed with costs by an equally divided court. *Mr. Arthur F. Gotthold, Mr. Joseph W. Bailey* and *Mr. Walter A. Ledbetter* for the plaintiff in error. *Mr. Louis Marshall* for the defendant in error.

No. 92. FRANK B. CRAIG, PLAINTIFF IN ERROR, *v.* WILLIAM P. JARRETT, SHERIFF, ETC. In error to the Supreme Court of the Territory of Hawaii. Motion to dismiss submitted May 4, 1914. Decided May 11, 1914. *Per Curiam.* Dismissed for want of jurisdiction, upon the authority of *Johnson* v. *Hoy,* 227 U. S. 245, 247. *Mr. Warren C. Gregory, Mr. W. H. Chickering, Mr. Edward M. Watson* and *Mr. Aldis B. Browne* for the plaintiff in error. *Mr. Sidney Ballou* for the defendant in error.